## 68164. GARLAND v. THE STATE.
### (332 SE2d 45)

CARLEY, Judge.

In *Garland v. State*, 171 Ga. App. 519 (320 SE2d 548) (1984), relying upon *Pedigo v. Celanese Corp.*, 205 Ga. 392 (54 SE2d 252) (1949), we affirmed the judgment of the trial court. On certiorari, the Supreme Court overruled *Pedigo* and reversed the judgment of this court. *Garland v. State*, 253 Ga. 789 (325 SE2d 131) (1985). The judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is reversed.

*Judgment reversed. Birdsong, P. J., and Beasley, J., concur.*

DECIDED APRIL 10, 1985.

*Bobby Lee Cook, Steven H. Sadow, Donald F. Samuel*, for appellant.

*William U. Norwood III*, for appellee.